WILLIAM ANDRE et al., Respondents, v FRED L. SANFILIPO, D.C., et al., Appellants. [42 NYS3d 896]—Appeal from an amended order of the Supreme Court, Monroe County (Richard A. Dollinger, A.J.), entered November 30, 2015. The amended order, inter alia, denied the motion of defendants for summary judgment dismissing the complaint.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on October 31 and November 2, 2016,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Centra, J.P., Peradotto, Lindley, NeMoyer and Scudder, JJ.